**Fill in this information to identify your case and this filing:**

Debtor 1    _Paul    William    Gaffney_
               First Name       Middle Name       Last Name

Debtor 2    _____
(Spouse, if filing)  First Name       Middle Name       Last Name

United States Bankruptcy Court for the: _Eastern_ District of _Pennsylvania_

Case number    _24-13306-pmm_

OCT - 1 2024

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1.  _767 Gulph Road_
       Street address, if available, or other description

_Wayne    PA    19087_
City          State    ZIP Code

_Chester_
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ _850,000_           $ _195,847_

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
   (see instructions)

If you own or have more than one, list here:

1.2.  _____
       Street address, if available, or other description

_____

_____
City          State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ _____           $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
   (see instructions)

Debtor 1   _Paul William Gaffony_    case number *(if known)* _24-13306-pmm_
           First Name   Middle Name   Last Name

**1.3.** _____
Street address, if available, or other description

_____

_____

City                State      ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ _____       $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**2.** **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................ → | $ 195,847.00 |

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

**3.1.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ _____       $ _____

If you own or have more than one, describe here:

**3.2.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ _____       $ _____

Debtor 1   *Paul W Gaffney*
    First Name    Middle Name    Last Name      Case number *(if known)* *24-13306-pmm*

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

---

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☒ No
- ☐ Yes

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

---

**5.** **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................................................➔ $ *0.00*

---

Debtor 1  Paul  W  Gaffney
First Name    Middle Name    Last Name

Case number *(if known)*  24-13306-pmm

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... appliances, furniture, linens, china, crystal, kitchenware   $ 5,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe......... tvs, cell phone   $ 500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☒ Yes. Describe......... Sports memorobilia   $ 1500.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe..........   $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe..........   $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.......... Everyday clothes and shoes; watch   $ 2500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.......... Watch   $ 1500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe..........   $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information. ..............   $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............   → $ 11,000.00

Debtor 1  *Paul W Gaffny*
    First Name   Middle Name   Last Name        Case number *(if known)*   *24-13306-pmm*

---

| Part 4: | Describe Your Financial Assets |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes  *Money in wallet* .................................................................  Cash: *400.00*  $ *400.00*

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes .....................  Institution name:

| | | |
| --- | --- | --- |
| 17.1. Checking account: | *Wells Fargo   #6599* | $ *25.00* |
| 17.2. Checking account: | *Wells Fargo   #5391 Business* | $ *1500.00* |
| 17.3. Savings account: | *Wells Fargo   #4377 Business* | $ *350.00* |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes .................  Institution or issuer name:

| | |
| --- | --- |
| | $ |
| | $ |
| | $ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them......................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

Debtor 1    _Paul W Gaffney_    Case number (if known)    _24-13306-pmm_
First Name    Middle Name    Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific    Issuer name:
information about
them.......................    _____    $_____
_____    $_____
_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each    Type of account:    Institution name:
account separately.

401(k) or similar plan:    _____    $_____

Pension plan:    _____    $_____

IRA:    _____    $_____

Retirement account:    _____    $_____

Keogh:    _____    $_____

Additional account:    _____    $_____

Additional account:    _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes.........................    Institution name or individual:

Electric:    _____    $_____

Gas:    _____    $_____

Heating oil:    _____    $_____

Security deposit on rental unit:    _____    $_____

Prepaid rent:    _____    $_____

Telephone:    _____    $_____

Water:    _____    $_____

Rented furniture:    _____    $_____

Other:    _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.........................    Issuer name and description:

_____    $_____
_____    $_____
_____    $_____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes .................................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    $_____

_____    $_____

_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific information about them....

[                    ]    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them....

[                    ]    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them....

[                    ]    $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

|   |   |
|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information..............

|   |   |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☒ Yes. Give specific information..............    *Social Security monthly*    $ *2974.00*

Debtor 1  *Paul W Gaffney*
　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* _24-13306-pmm_

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☒ No
   ☐ Yes. Name the insurance company
   　　of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☒ No
   ☐ Yes. Give specific information.............
   　　　　　　　　　　　　　　　　　　　$ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☒ No
   ☐ Yes. Describe each claim. ...................
   　　　　　　　　　　　　　　　　　　　$ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☒ No
   ☐ Yes. Describe each claim. .................
   　　　　　　　　　　　　　　　　　　　$ _____

35. **Any financial assets you did not already list**

   ☒ No
   ☐ Yes. Give specific information............
   　　　　　　　　　　　　　　　　　　　$ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................... → $ 4849.00

## Part 5:　Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☒ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☒ No
   ☐ Yes. Describe........
   　　　　　　　　　　　　　　　　　　　$ _____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ☒ Yes. Describe.... business computers, desks, phones, tables    $ 6000.00

Debtor 1    *Paul W Gotborg*    Case number *(if known)* *24-13306-pmn*

First Name    Middle Name    Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........                                                                                    $_____

**41. Inventory**

☑ No
☐ Yes. Describe........                                                                                    $_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........    Name of entity:                                        % of ownership:

_____    _____%    $_____
_____    _____%    $_____
_____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe........                                                            $_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information .........    _____    $_____
                            _____    $_____
                            _____    $_____
                            _____    $_____
                            _____    $_____
                            _____    $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here .......................................................................    ➔    $ *5600.00*

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes..........................                                                            $_____

Debtor 1  *Paul W Gaffney*
   First Name     Middle Name     Last Name     Case number *(If known)*  *24-13306-pmm*

48. **Crops—either growing or harvested**
   - ☐ No
   - ☐ Yes. Give specific information. ...........  $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☐ No
   - ☐ Yes ...........  $ _____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☐ No
   - ☐ Yes ...........  $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☐ No
   - ☐ Yes. Give specific information. ...........  $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........  → $ *0.00*

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☒ No
   - ☐ Yes. Give specific information. ...........
     $ _____
     $ _____
     $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........  → $ *0.00*

---

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...........  → $ *195,847*

56. **Part 2: Total vehicles, line 5**  $ *0*

57. **Part 3: Total personal and household items, line 15**  $ *11,000.00*

58. **Part 4: Total financial assets, line 36**  $ *4849.00*

59. **Part 5: Total business-related property, line 45**  $ *5,000.00*

60. **Part 6: Total farm- and fishing-related property, line 52**  $ *0*

61. **Part 7: Total other property not listed, line 54**  + $ *0*

62. **Total personal property.** Add lines 56 through 61. ...........  $ *20,849.00*  Copy personal property total → + $ *20,849.00*

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ...........  $ *216,696*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Paul* | *William* | *Gaffney* |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: *Eastern* District of *Pennsylvania*

Case number (If known) *24-13306-pmm*

❑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ❑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $_____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $_____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ❑ $_____<br>❑ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ❑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ❑ No

      ❑ Yes

Debtor 1  *Paul William Gaffney*
First Name    Middle Name    Last Name

Case number *(if known)* 24-13306-pmm

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1    *Paul    William    Gaffney*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    *Eastern* District of *Pennsylvania*

Case number    *24-13306-pmm*
(If known)

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1**

Creditor's Name    *PHH Mortgage*

*Po Box 24738*
Number    Street

*West Palm Beach Florida*
City

*33416*
State    ZIP Code

Describe the property that secures the claim:

*Primary Home*

$ *324,833.53*  $ _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred  *8/1/2019*

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  *0  4  5  9*

**2.2**

Creditor's Name

Number    Street

City    State    ZIP Code

Describe the property that secures the claim:

$ _____  $ _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  __ __ __ __

Add the dollar value of your entries in Column A on this page. Write that number here:  $ *324,855.93*

Debtor 1   *Paul W Gaffney*
First Name   Middle Name   Last Name

Case number (if known) 24-13306-pmm

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |

---

☐

Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

**Describe the property that secures the claim:** $_____ $_____ $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

☐

Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

**Describe the property that secures the claim:** $_____ $_____ $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

☐

Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

**Describe the property that secures the claim:** $_____ $_____ $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 0.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 324,855.53

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 3

Debtor 1    _Paul    William    Gaffney_
           First Name    Middle Name    Last Name

Case number (if known)    _24-13306-pmm_

---

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name _Stern and Eisenberg_
_Matthew Fallings ESq._

Number    Street

_1581 Main Street   Suite 200_
_Warrington      PA  18976_
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _2.1_
Last 4 digits of account number _0_ _4_ _5_ _9_

☐ Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐ Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐ Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐ Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

☐ Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number __ __ __ __

---

| Print | Save As... | Add Attachment | | Reset |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | _Paul William Gaffney_ |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the _Eastern_ District of _Pennsylvania_

Case number _24-13306-pmm_
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
    each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
    nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
    unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _Main Line Health_
Priority Creditor's Name
_240 N Chester Road_
Number    Street
_Radnor PA 19087_
City    State    ZIP Code

Last 4 digits of account number _4 9 4 4_    $ _30,000_  $ _____  $ _____

When was the debt incurred? _July 2022_

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify _Healthcare : Private Duty Homecare_

**2.2** _Toyota Financial Services_
Priority Creditor's Name
_PO BOX 22171_
Number    Street
_Tempe AZ 85285_
City    State    ZIP Code

Last 4 digits of account number _0 6 1 3_    $ _5,000.00_  $ _____  $ _____

When was the debt incurred? _January 2023_

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify _End of lease payment_

Debtor 1    _Paul_ _W_ _Gatny_    Case number (if known) _24_ _-13306_ _pmm_
First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.3** _Jefferson Health System_
Priority Creditor's Name
_1101 Market St_
Number          Street
_Philadelphia PA 19107_
City          State          ZIP Code

Last 4 digits of account number _4_ _9_ _4_ _4_    $ _1500_    $ _____    $ _____

When was the debt incurred? _June 2023_

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _Healthcare_

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.4** _South Jersey Gas_
Priority Creditor's Name
_One South Jersey Place_
Number          Street
_Atlantic City NJ 08401_
City          State          ZIP Code

Last 4 digits of account number _2_ _9_ _1_ _0_    $ _5,000_    $ _____    $ _____

When was the debt incurred? _January 2023_

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _Utilities_

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Priority Creditor's Name

Number          Street

City          State          ZIP Code

Last 4 digits of account number __ __ __ __    $ _____    $ _____    $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

  ☒ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

  ☐ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                    **Total claim**

**4.1**

Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____

Number     Street

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Who incurred the debt?** Check one.

  ☐ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☐ At least one of the debtors and another

  ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

  ☐ No
  ☐ Yes

**Type of NONPRIORITY unsecured claim:**

  ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☐ Other. Specify _____

**4.2**

Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____

Number     Street

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Who incurred the debt?** Check one.

  ☐ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☐ At least one of the debtors and another

  ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

  ☐ No
  ☐ Yes

**Type of NONPRIORITY unsecured claim:**

  ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☐ Other. Specify _____

**4.3**

Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____

Number     Street

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Who incurred the debt?** Check one.

  ☐ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☐ At least one of the debtors and another

  ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

  ☐ No
  ☐ Yes

**Type of NONPRIORITY unsecured claim:**

  ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☐ Other. Specify _____

Debtor 1   _Paul__William__Cafferty_____   Case number *(if known)* _24-13306-pmm_
         First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

☐

Nonpriority Creditor's Name
_____

Number      Street
_____

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

Nonpriority Creditor's Name
_____

Number      Street
_____

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

Nonpriority Creditor's Name
_____

Number      Street
_____

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---



Debtor 1 _Paul_    _William_    _Barkey_
         First Name   Middle Name   Last Name

Case number *(if known)* _24-13306 pmm_

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Name _____

Number    Street _____

_____

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

_____

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

_____

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

_____

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

_____

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

_____

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

_____

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Debtor 1 _Paul William Caffery_____   Case number _(if known)_ _24-13306-pmm_
First Name    Middle Name    Last Name

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 0 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 0.00 |

Print    Save As...    Add Attachment    Reset

**Fill in this information to identify your case:**

Debtor _Paul William Gaffney_
First Name        Middle Name        Last Name

Debtor 2
(Spouse if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _Eastern_ District of _Pennsylvania_

Case number _24-13306-pmm_
(If known)

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Name<br>Number    Street<br>City        State    ZIP Code | |
| 2.2 Name<br>Number    Street<br>City        State    ZIP Code | |
| 2.3 Name<br>Number    Street<br>City        State    ZIP Code | |
| 2.4 Name<br>Number    Street<br>City        State    ZIP Code | |
| 2.5 Name<br>Number    Street<br>City        State    ZIP Code | |

Debtor 1   _Paul    William   Gaffney_

First Name    Middle Name    Last Name

Case number *(if known)* _24-13306-pmm_

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

**2._**

Name _____

Number    Street _____

City _____ State ___ ZIP Code _____

[ Print ]   [ Save As... ]   [ Add Attachment ]   [ Reset ]

**Fill in this information to identify your case:**

Debtor 1    *Paul William Gaffney*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *Eastern* District of *Pennsylvania*

Case number    *# 24-13306-pmm*
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City        State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____ <br> Name <br> _____ <br> Number      Street <br> _____ <br> City        State        ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** _____ <br> Name <br> _____ <br> Number      Street <br> _____ <br> City        State        ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** _____ <br> Name <br> _____ <br> Number      Street <br> _____ <br> City        State        ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Debtor 1    *Paul William Gaffney*

First Name    Middle Name    Last Name

Case number *(if known)* *24-13306-pmm*

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

**Column 2:** Check all schedules that apply:

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

Print    Save As...    Add Attachment    Reset

Official Form 106H    Schedule H: Your Codebtors    page _2_ of _2_

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Paul   William   Gaffney* |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: *Eastern* District of *Pennsylvania* | |
| Case number (if known) | *24-13306-pmm* |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | *Physical Therapy* | |
| **Employer's name** | *Self Employed King of Prussia Physical Therapy*  DBA<br>*and Sports Injury Center* | |
| **Employer's address** | *491 Allendale Road* | |
| | Number   Street | Number   Street |
| | *Suite 112* | |
| | *King of Prussia PA 19406* | |
| | City       State   ZIP Code | City       State   ZIP Code |
| **How long employed there?** | *50 years* | _____ |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ *8,000.00* | $_____ |
| **3.** | Estimate and list monthly overtime pay. | 3. +$ *0* | +$_____ |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. $ *8,000.00* | $_____ |

Debtor 1    *Paul William Gaffney*

First Name   Middle Name   Last Name

Case number *(if known)*   24 - 13306 pmm

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here................................................→ | 4. | $ 8,000.00 | $ |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,000.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $ |
| 5e. Insurance | 5e. | $ 500 | $ |
| 5f. Domestic support obligations | 5f. | $ 0 | $ |
| 5g. Union dues | 5g. | $ 0 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0 | + $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 1500.00 | $ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 6500.00 | $ |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0 | $ |
| 8b. Interest and dividends | 8b. | $ 0 | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0 | $ |
| 8d. Unemployment compensation | 8d. | $ 0 | $ |
| 8e. Social Security | 8e. | $ 2974.00 | $ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0 | $ |
| 8g. Pension or retirement income | 8g. | $ 0 | $ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0 | + $ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2974.00 | $ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 9474 + $ | = $ 9474 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11. + $ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $ 9474.00

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: [_____]

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Paul William Gaffney* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | First Name    Middle Name    Last Name |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: *Eastern* District of *Pennsylvania* |
| Case number | *24-13306pmm* |
| (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ *3500.00* |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ *800.00* |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ *500.00* |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ *350.00* |
| 4d. | Homeowner's association or condominium dues | 4d. | $ *0* |

Debtor 1   _Paul   William   Gaffney_
First Name    Middle Name    Last Name

Case number (if known)  _24-13306_

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans        5.  $ _750.00_

6. **Utilities:**

    6a.  Electricity, heat, natural gas        6a.  $ _350_

    6b.  Water, sewer, garbage collection        6b.  $ _150_

    6c.  Telephone, cell phone, Internet, satellite, and cable services        6c.  $ _125_

    6d.  Other. Specify: _____        6d.  $ _0_

7. **Food and housekeeping supplies**        7.  $ _0_

8. **Childcare and children's education costs**        8.  $ _0_

9. **Clothing, laundry, and dry cleaning**        9.  $ _100_

10. **Personal care products and services**        10.  $ _100_

11. **Medical and dental expenses**        11.  $ _100_

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.        12.  $ _0_

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**        13.  $ _0_

14. **Charitable contributions and religious donations**        14.  $ _0_

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance        15a.  $ _0_

    15b.  Health insurance        15b.  $ _0_

    15c.  Vehicle insurance        15c.  $ _0_

    15d.  Other insurance. Specify: _Long term Care_        15d.  $ _per 305.00_   _350_

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____        16.  $ _0_

17. **Installment or lease payments:**

    17a.  Car payments for Vehicle 1        17a.  $ _0_

    17b.  Car payments for Vehicle 2        17b.  $ _0_

    17c.  Other. Specify: _____        17c.  $ _0_

    17d.  Other. Specify: _____        17d.  $ _0_

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* (Official Form 106I).        18.  $ _0_

19. **Other payments you make to support others who do not live with you.**
Specify: _____        19.  $ _0_

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

    20a.  Mortgages on other property        20a.  $ _0_

    20b.  Real estate taxes        20b.  $ _0_

    20c.  Property, homeowner's, or renter's insurance        20c.  $ _____

    20d.  Maintenance, repair, and upkeep expenses        20d.  $ _0_

    20e.  Homeowner's association or condominium dues        20e.  $ _0_

Debtor 1   _Paul W Gaffney_____   Case number *(if known)* _24-13306PMM_
First Name   Middle Name   Last Name

21.  **Other**. Specify: _____   21.  +$_____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.   22a.  $ 6875.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $

22c. Add line 22a and 22b. The result is your monthly expenses.   22c.  $ 6875.00

23.  **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.  $ 9474.00

23b. Copy your monthly expenses from line 22c above.   23b.  −$ 6875.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.   23c.  $ 2599.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.   Explain here:

Print        Save As...        Add Attachment                    Reset

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Paul W Gaffney* |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | *Eastern* District of *Pennsylvania* |
| Case number (if known) | *24 - 13306 pmm* |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Do you and Debtor 1 maintain separate households?**

   ☒ No. Do not complete this form.

   ☐ Yes

2. **Do you have dependents?**

   ☐ No

   ☐ Yes. Fill out this information for each dependent..........................

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

| Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?**

   ☐ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $_____

   If not included in line 4:

   4a.   Real estate taxes    4a. $_____

   4b.   Property, homeowner's, or renter's insurance    4b. $_____

   4c.   Home maintenance, repair, and upkeep expenses    4c. $_____

   4d.   Homeowner's association or condominium dues    4d. $_____

Debtor 1    Paul  W  Gaffney

First Name    Middle Name    Last Name

Case number (if known)    24-13306 pmm

|  | | Your expenses |
|---|---|---|

5.  **Additional mortgage payments for your residence,** such as home equity loans    5.    $_____

6.  **Utilities:**

   6a.   Electricity, heat, natural gas    6a.    $_____

   6b.   Water, sewer, garbage collection    6b.    $_____

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____

   6d.   Other. Specify: _____    6d.    $_____

7.  **Food and housekeeping supplies**    7.    $_____

8.  **Childcare and children's education costs**    8.    $_____

9.  **Clothing, laundry, and dry cleaning**    9.    $_____

10.  **Personal care products and services**    10.    $_____

11.  **Medical and dental expenses**    11.    $_____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
     Do not include car payments.    12.    $_____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____

14.  **Charitable contributions and religious donations**    14.    $_____

15.  **Insurance.**
     Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.    $_____

   15b.   Health insurance    15b.    $_____

   15c.   Vehicle insurance    15c.    $_____

   15d.   Other insurance. Specify:_____    15d.    $_____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
     Specify: _____    16.    $_____

17.  **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a.    $_____

   17b.   Car payments for Vehicle 2    17b.    $_____

   17c.   Other. Specify:_____    17c.    $_____

   17d.   Other. Specify:_____    17d.    $_____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from
     your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**    18.    $_____

19.  **Other payments you make to support others who do not live with you.**
     Specify:_____    19.    $_____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.   Mortgages on other property    20a.    $_____

   20b.   Real estate taxes    20b.    $_____

   20c.   Property, homeowner's, or renter's insurance    20c.    $_____

   20d.   Maintenance, repair, and upkeep expenses    20d.    $_____

   20e.   Homeowner's association or condominium dues    20e.    $_____

Debtor 1 _Paul W Gaffnay_

First Name   Middle Name   Last Name

Case number *(if known)* _24 - 13306 pmm_

21. **Other**. Specify: _____

21.   **+**$_____

22. **Your monthly expenses.** Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2.  Copy the result to line 22b of Schedule J to calculate the
    total expenses for Debtor 1 and Debtor 2.

22.   $_____

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.      | Explain here:

Print          Save As...          Add Attachment          Reset